MINUTE ENTRY   9:10 a.m.

U.S.A. -v- CRISPIN A. TAITANO

PRESENT: HON. ALEX R. MUNSON,  JUDGE PRESIDING
  K. LYNN LEMIEUX, COURTROOM DEPUTY
  SANAE N. SHMULL, COURT REPORTER
  JAMIE BOWERS, ASSISTANT U.S. ATTORNEY
  CRISPIN A. TAITANO, DEFENDANT

PROCEEDINGS: INITIAL APPEARANCE ON SUPERSEDING INDICTMENT
   AND WAIVER OF SPEEDY TRIAL.

Government was represented by Jamie Bowers, AUSA.  Defendant Crispin A. Taitano appeared with  counsel, Attorney G. Anthony Long.  Also present was Postal Inspector, Craig M. Hales.

Defendant Taitano was sworn and examined as to the understanding of the charges against him and advised of his constitutional rights.  Defendant waived  reading of the superseding indictment and pled  NOT GUILTY to the charges against him. Defendant further requested that he be allowed to waive speedy trial.

The Court found that pursuant to Title 18, USC Code 3161 (h)(8) that the ends of justice would be served by allowing the defense further time to review the evidence in preparation for trial and further time to pursue plea negotiations outweigh any other interests the public or the defendant may have in a speedy trial; therefore it was ordered that the jury trial would be waived up until and including June 6, 2005 and that jury trial would commence on Monday, May 23, 2005 at 9:00 a.m. in this courtroom.

Court further ordered that the following shall be filed with this Court no later than seven days prior to trial:

1. Proposed jury voir dire questions;

2. A joint exhibit list;

3. A complete set of marked exhibits;

4. Proposed verdict forms;

5. Witness lists for purposes of voir dire only; and

6. Proposed jury instructions.

Defense requested a date for pretrial motions.  Court, so ordered, according to local rules.

Court ordered that the defendants  continue to be at liberty as previously ordered.

     Adj. 9:25 a.m.

;     [MCM EOD 02/17/2005]