MINUTE ENTRY          1:35 p.m.

UNITED STATES OF AMERICA -vs- CRISPIN TAITANO

PRESENT: HON. ALEX R. MUNSON, JUDGE PRESIDING
  K. LYNN LEMIEUX, COURTROOM DEPUTY
  SANAE N. SHMULL, COURT REPORTER
  JAMIE BOWERS, ASSISTANT U.S. ATTORNEY
  G. ANTHONY LONG, ATTORNEY FOR DEFENDANT
  CRISPIN TAITANO, DEFENDANT

PROCEEDINGS:    CHANGE OF PLEA

Defendant appeared with counsel, Attorney G. Anthony Long. Government was represented by Jamie Bowers, AUSA. Also present was U.S. Postal Inspector, Craig M. Hales.

Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the proceedings.

Court reviewed every element of the Second Superseding Indictment with the Defendant. Government reported to the Court what they would be able to prove if this matter proceeded to trial. Defendant entered a plea of GUILTY to Count II. Court found that the defendant was fully competent to enter a knowing and voluntary plea. Court accepted the plea.

Court ordered that a Presentence Investigation Report be submitted by August 2, 2005 and that the Sentencing hearing be set for Tuesday, September 6, 2005 at 9:00 a.m.

Attorney Long moved that the Plea Agreement be sealed. No objection from the Government. Court DENIED the motion.

Court ordered the defendant into the custody of the United States Marshal.

    Adjourned at 2:17 p.m.


;   [ACH EOD 05/13/2005]