F I L E D
Clerk
District Court

SEP 0 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CR- 04-00017                                         September 6, 2005
                                                     9:00 a.m.

## UNITED STATES OF AMERICA -v- CRISPIN ATALIG TAITANO

PRESENT:    HON. ALEX R. MUNSON, Chief Judge Presiding
            SANAE N. SHMULL, Official Court Reporter
            K. LYNN LEMIEUX, Courtroom Deputy
            JAMIE BOWERS, Assistant U. S. Attorney
            G. ANTHONY LONG,  Counsel for Defendant
            CRISPIN ATALIG TAITANO, Defendant

PROCEEDING:      SENTENCING

Defendant was present with his counsel, Attorney G. Anthony Long.  Government by Jamie Bowers, AUSA.  Also present was U.S. Probation Officer, Margarita Wonenberg and U.S. Postal Inspector Craig Hales.

No objection by the government of the presentence report.

Court adopted the presentence investigation report and instructed the Clerk to file the report, under seal, and that the report be made available if the judgment is appealed.  The probation officer's recommendation shall also be placed under seal. No objection by the parties.

Government recommended 5 years imprisonment; forfeiture of computer and pornography items.  Defense recommended the 5 year imprisonment and agreed to the forfeiture.  Defendant made his allocution to the Court.

Defense submitted a letter to the Court from the defendant's daughter.  Court recessed at 9:15 a.m. and reconvened at 9:20 a.m.

SENTENCE:  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant **CRISPIN ATALIG TAITANO** is hereby sentenced to a term of imprisonment of **60 months** imprisonment with credit for time served. Following imprisonment, the defendant shall be placed on supervised release for a period of three years.  The term of supervised release will include the following conditions:

1.  The defendant shall not commit another federal, state, or local crime;

2.  The defendant shall not unlawfully possess a controlled substance and shall refrain from any unlawful use of a controlled substance.  He shall submit to one drug test within 15 days of release from imprisonment and to at least two periodic drug tests thereafter for use of a controlled

substance;

3.   The defendant, who is convicted of a sexual offense as described in 18 U. S. C. §4042(c)(4), shall report the address where he will reside and any subsequent change of residence to the U. S. Probation Office responsible for supervision, and shall register as a sex offender in any State where the persons resides, is employed, carries on a vocation, or is a student;

4.   The defendant shall submit to the collection of a DNA sample at the direction of the U. S. Probation Office;

5.   The defendant shall comply with the standard conditions of supervised release as set forth by the U. S. Sentencing Commission and under 18 U. S. C. §3583;

6.   The defendant shall be prohibited from possessing a firearm or other dangerous weapon or to have such weapon at his residence;

7.   The defendant shall be prohibited from incurring new credit charges or opening additional lines of credit without approval of the U. S. Probation Office unless he is in compliance with the payment schedule;

8.   The defendant shall provide the U. S. Probation Office access to any requested financial information;

9.   The defendant shall participate in a program approved by the U. S. Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol.   The defendant shall also make co-payment for the program at a rate to be determined by the U. S. Probation Office;

10.   The defendant shall refrain from the use of all alcoholic beverages;

11.   The defendant shall participate in a mental health program approved by the U. S. Probation Office for the treatment and monitoring of sex offenders.   The defendant shall also make co-payment for the program at a rate to be determined by the U. S. Probation Office; and

12.   The defendant shall refrain from using his computer or any interactive computer service to visit web sites or links with child pornography or other obscene visual representations.

Court ordered that the defendant pay a $100.00 assessment fee immediately after sentencing and a fine of $10,000 which shall be paid immediately or during his time of incarceration.  Further, the defendant shall make payment for the cost of his incarceration and the cost of his supervision.

Court ordered forfeiture of all items proposed in the second indictment.

Defense moved the court to defer the payment of the defendant's fine until after his term of incarceration.  Court denied the motion and ordered that the payment shall be no less than $500 a month during his incarceration.

No objection to the sentence by the attorneys. Defendant was advised of his right to appeal the sentence; if he or his attorney feel that there is a reason to appeal they must do so within 10 days. Further, the defendant was advised of his right to an attorney for appeal.

Government moved to dismiss Counts I and III with prejudice; there being no objection, Court so ordered.

Court ordered that the defendant back into the custody of the U.S. Marshal.

Adj. 9:30 a.m.

K. Lynn Lemieux, Courtroom Deputy