```
                                               F I L E D
                                                  Clerk
                                              District Court

IN THE UNITED STATES DISTRICT COURT           NOV 21 2005
              FOR THE
     NORTHERN MARIANA ISLANDS           For The Northern Mariana Islands
                                        By_____
                                                   (Deputy Clerk)
```

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00017 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF RELEASE OF EXHIBITS |
| CRISPIN A, TAITANO, | ) | |
| Defendant. | ) | |

Craig Moore  
Assistant U.S. Attorney  
3rd Floor Horiguchi Bldg.  
Saipan, MP 96950

G. Anthony Long  
P.O. Box 504970  
Saipan, MP 96950

NOTICE is hereby given that the exhibits you offered and admitted in evidence at the Bail Hearing (May 18, 2004) of this case may be withdrawn within ten (10) days from the date of this notice. If exhibits are not withdrawn within forty (40) calendar days after date of this notice, the clerk may destroy them or make other disposition as the clerk sees fit, all pursuant to LR 79.1, Local Rules for the United States District Court for the Northern Mariana Islands.

Dated this   21st   day of   November  , 2005

GALO L. PEREZ, Clerk of Court

By: _Ignacio C. Benavente_  
Chief Deputy Clerk  
U.S. District Court  
Northern Mariana Islands

F I L E D
Clerk
District Court

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

CR-04-00017                                         May 18, 2004
                                                    9:00 a.m.

           U.S.A. -v- CRISPIN A. TAITANO

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE SHMULL, COURT REPORTER
           JAMIE BOWERS, ASSISTANT U.S. ATTORNEY
           G. ANTHONY LONG, ATTORNEY FOR DEFENDANT
           CRISPIN A. TAITANO, DEFENDANT

PROCEEDINGS: Bail Hearing

    Defendant appeared with counsel, Attorney G. Anthony Long and Attorney Theresa Kim. Government was represented by Jamie Bowers, AUSA. Also appearing was Postal Inspector, Craig M. Hales and U.S. Probation Officer, Margarita Wonenberg.

    Attorney Long argued the motion for pretrial release.

    Attorney Long called witness:

    **MARJA LEE C. TAITANO.** (Wife of Crispin A. Taitano). **DX.** Exhibit A- Security Title on lot (007 R25) owned by the Defendant; Exhibit B- Photo of House (007 R03); Exhibit C - Photo of House (007 R03). Exhibit D - Security Title on lot (007-R03); Exhibit E, F, G (Photos of House 007-R25). **CX.** Government Ex. #12 and #15 (Photos of bathroom at Q-Time). Government Ex. #1 and Ex. #3 (Letter written by defendant and an envelope addressed by defendant). **RDX.** Ex. H (Apartment rented by Marja Lee Taitano on Saipan in I-Denni on Saipan). Ex. I - (Copy of fax from SBA). Court examined the defendant about the property that she and her husband owned either in the Marianas or in the United States. **RDX.**

    **ALBERT A. TAITANO.** (Nephew of Defendant - Works for Customs in Saipan). **DX.** Ex. J (Albert Taitano's house in Kanat Tabla). **CX. RDX. RCX.**

    **NORMAN L. DAVIS.** (Friend of family - resides in house owned by Albert A. Taitano). **DX. CX. RDX.**

Attorney Long moved that the defendant be at liberty on pretrial release with conditions and with a third-party custodian. Government argued against the release due to him being a danger to the community and stated that they were ready to go forward with presenting evidence to the Court if the Court was inclined to set release conditions for the defendant.

Court, after hearing all argument, **DENIED** the defendant's pretrial release motion. Court remanded the defendant back into the custody of the U.S. Marshal.

Attorney Long continued to argue on behalf of the defendant. Court stated that his decision was final.

Adj. 10:25 a.m.

K. Lynn Lemieux, Court Deputy