IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00017 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | EXIHIBIT WITHDRAWAL RECEIPT |
| ) | |
| CRISPIN A. TAITANO, ) | |
| ) | |
| Defendant, ) | |
| _____) | |

### EXHIBIT WITHDRAWAL RECEIPT

Request for and receipt is acknowledged of the following **exhibits/documents** filed in the above matter.

### AS PER ATTACHED DEFENDANT'S EXHIBIT LIST

Dated: 11/28, 2005

Acknowledge by: _____
G. Anthony Long
P.O. Box 504970
Saipan, MP 96950

Approved: _____
Ignacio C. Benavente
Chief Deputy Clerk

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

CR-04-00017                                           May 18, 2004
                                                      9:00 a.m.


U.S.A. -v- CRISPIN A. TAITANO

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE SHMULL, COURT REPORTER
           JAMIE BOWERS, ASSISTANT U.S. ATTORNEY
           G. ANTHONY LONG, ATTORNEY FOR DEFENDANT
           CRISPIN A. TAITANO, DEFENDANT

PROCEEDINGS: Bail Hearing

Defendant appeared with counsel, Attorney G. Anthony Long and Attorney Theresa Kim. Government was represented by Jamie Bowers, AUSA. Also appearing was Postal Inspector, Craig M. Hales and U.S. Probation Officer, Margarita Wonenberg.

Attorney Long argued the motion for pretrial release.

Attorney Long called witness:

**MARJA LEE C. TAITANO.** (Wife of Crispin A. Taitano). **DX.** Exhibit A- Security Title on lot (007 R25) owned by the Defendant; Exhibit B- Photo of House (007 R03); Exhibit C - Photo of House (007 R03). Exhibit D - Security Title on lot (007-R03); Exhibit E, F, G (Photos of House 007-R25). **CX.** Government Ex. #12 and #15 (Photos of bathroom at Q-Time). Government Ex. #1 and Ex. #3 (Letter written by defendant and an envelope addressed by defendant). **RDX.** Ex. H (Apartment rented by Marja Lee Taitano on Saipan in I-Denni on Saipan). Ex. I - (Copy of fax from SBA). Court examined the defendant about the property that she and her husband owned either in the Marianas or in the United States. **RDX.**

**ALBERT A. TAITANO.** (Nephew of Defendant - Works for Customs in Saipan). **DX.** Ex. J (Albert Taitano's house in Kanat Tabla). **CX. RDX. RCX.**

**NORMAN L. DAVIS.** (Friend of family - resides in house owned by Albert A. Taitano). **DX. CX. RDX.**

  Attorney Long moved that the defendant be at liberty on pretrial release with conditions and with a third-party custodian. Government argued against the release due to him being a danger to the community and stated that they were ready to go forward with presenting evidence to the Court if the Court was inclined to set release conditions for the defendant.

  Court, after hearing all argument, **DENIED** the defendant's pretrial release motion. Court remanded the defendant back into the custody of the U.S. Marshal.

  Attorney Long continued to argue on behalf of the defendant. Court stated that his decision was final.

            Adj. 10:25 a.m.

            K. Lynn Lemieux, Court Deputy