**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00017 |
| ) | |
| Plaintiff, ) | |
| ) | Garapan, Saipan |
| vs. ) | Tuesday, September 6, 2005 |
| ) | |
| CRISPIN A. TAITANO, ) | |
| ) | **SENTENCING** |
| Defendant. ) | |
| _____) | |

BEFORE THE HONORABLE ALEX R. MUNSON
CHIEF JUDGE, UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

F I L E D
Clerk
District Court

FEB 15 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**APPEARANCES:**

For Plaintiff:      Jamie Bowers
                    Assistant United States Attorney
                    MARIANAS DISTRICT
                    Horiguchi Building, Third Floor
                    P. O. Box 500377
                    Saipan, MP 96950
                    Telephone: (670) 236-2986
                    Facsimile: (670) 236-2945
                            and
                    Craig M. Hales, U.S. Postal Inspector

For Defendant:      G. Anthony Long, Esq.
                    P. O. Box 504970
                    Saipan, MP 96950-4970
                    Telephone: (670) 235-4802
                    Facsimile: (670) 235-4801

Present      :      Defendant Mr. Crispin A. Taitano

SANAE N. SHMULL
Official Court Reporter
P. O. BOX 5128
SAIPAN, MP 96950