**TAITANO_C.gar1**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                                                          )<br>                         Plaintiff,       )<br>                                                          )<br>             vs.                                      )<br>                                                          )<br>CRISPIN ATALIG TAITANO,       )<br>                                                          )<br>                         Defendant.   )<br>_____) | CRIMINAL CASE NO.  04-00017<br><br>**APPLICATION FOR WRIT<br>OF GARNISHMENT** |

APPLICATION FOR WRIT OF GARNISHMENT

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the Defendant-Judgment Debtor CRISPIN ATALIG TAITANO, whose last known mailing address is:  #00462-005, FCI, P.O. Box XXXX, Safford, AZ 85548 (hereinafter "Debtor"),  in the above cited action in the principal amount of $136,486.28 which includes a $100.00 special assessment fee, a $10,000.00 fine, the cost of incarceration and the cost of supervision.  Interest accrues at the legal rate of 3.82 percent.

There is a balance of $135,149.09, as of March 15, 2007.  ($8,250.00 fine principal + $512.81 fine int. to 03/15/2007 + $135,149.09 incarceration costs + $10,358.28 supervision costs).

1     Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from today and the Debtor has failed to satisfy the debt.

    The Garnishee is believed to have possession of property (including nonexempt disposable earnings) in which the Debtor has a substantial nonexempt interest.

    The names and address of the Garnishees or his authorized agents is:

        Bank of Hawaii
        P. O. Box 500566
        Saipan, MP 96950

DATED this 15th day of March, 2007.

                                      LEONARDO M. RAPADAS
                                      United States Attorney
                                        Districts of Guam and the NMI

By:    /s/ Marivic P. David
        MARIVIC P. DAVID
        Assistant U.S. Attorney
        marivic.david@usdoj.gov