1  TAITANO_C.gar2

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam  96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

7  Attorney's for United States of America

```
F I L E D
     Clerk
District Court

MAR 23 2007

For The Northern Mariana Islands
By_____
           (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRISPIN ATALIG TAITANO,<br><br>Defendant,<br><br>BANK OF HAWAII,<br><br>Garnishee. | CRIMINAL CASE NO. 04-00017<br><br>**ORDER GRANTING COURT APPROVAL FOR THE DISTRICT COURT CLERK TO ISSUE A WRIT OF GARNISHMENT** |

ORDER

IT IS SO ORDERED that the Clerk of the United States District Court, on the application the United States of America, plaintiff, and in accordance with 28 U.S.C. § 3205 is granted this Court's approval to issue a Writ of Garnishment against Defendant Judgment Debtor CRISPIN ATALIG TAITANO in the above cited action.

DATED this 23RD day of MARCH, 2007.

**RECEIVED**

MAR 1 2007

Clerk
District Court
The Northern Mariana Islands

ALEX R. MUNSON
Chief Judge
District Court for the Northern Mariana Islands