```
 1  TAITANO_C.gar4                                    F I L E D
                                                         Clerk
 2  LEONARDO M. RAPADAS                               District Court
    United States Attorney
 3  MARIVIC P. DAVID                                  MAR 23 2007
    Assistant U.S. Attorney
 4  Sirena Plaza, Suite 500                           For The Northern Mariana Islands
    108 Hernan Cortez Avenue                          By_____
 5  Hagåtña, Guam  96910                                     (Deputy Clerk)
    TEL: (671) 472-7332
 6  FAX: (671) 472-7215

 7  Attorney's for United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00017 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **NOTICE OF POST-JUDGMENT CLERK'S GARNISHMENT; INSTRUCTIONS TO DEFENDANT-JUDGMENT DEBTOR OF GARNISHMENT** |
| CRISPIN ATALIG TAITANO, | ) | |
| Defendant, | ) | |
| BANK OF HAWAII, | ) | |
| Garnishee. | ) | |

### NOTICE OF POST-JUDGMENT CLERK'S GARNISHMENT;

### INSTRUCTIONS TO DEFENDANT-JUDGMENT DEBTOR

You are hereby notified that your account(s) at Bank of Hawaii is/are being taken by the United States of America which has a judgment in Criminal Case No. 04-00017, District for the Northern Mariana Islands, in the principal amount of $136,486.28 which includes a $100.00 special assessment fee, a $10,000.00 fine, the cost of incarceration and the cost of supervision. Interest accrues at the legal rate of 3.82 percent.

There is a balance of $135,149.09, as of March 15, 2007. ($8,250.00 fine principal + $512.81 fine int. to 03/15/2007 + $135,149.09 incarceration costs + $10,358.28 supervision costs).

1     In addition, you are hereby notified that there are exemptions under the law which may
2 protect some of the property from being taken by the Government if you, CRISPIN ATALIG
3 TAITANO can show that the exemptions apply.  Attached is a summary of the exemptions under
4 federal law.

5     If you are CRISPIN ATALIG TAITANO, you have a right to ask the court to return your
6 property to you if you think you do not owe the money to the Government that it claims you do,
7 or if you think the property the Government is taking qualifies under one of the above
8 exemptions.

9     If you want a hearing, you must notify the court within 20 days after receipt of the notice.
10 Your request must be in writing.

11     If you wish, you may use the attached request for hearing.  You must either mail it or
12 deliver it in person to the Clerk of the United States District Court for the Northern Mariana
13 Islands, 2nd Floor, Horiguchi Building, Garapan, P.O. Box 500687, Saipan, MP 96950.  You
14 must also send a copy of your request to the United States Attorney's Office, Attn.: Financial
15 Litigation Unit, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam  96910, so
16 the Government will know you want a hearing.

17     The hearing will take place within 5 days after the Clerk receives your request, if you ask
18 for it to take place that quickly, or as soon after that as possible.

19     At the hearing you may explain to the judge why you think you do not owe the money to
20 the Government.  If you do not request a hearing within 20 days of receiving this notice, your
21 property may be sold at public auction and the proceeds of the sale will be applied to the debt
22 you owe the Government.

23     If you think you live outside the Federal judicial district in which the court is located, you
24 may request, not later than 20 days after you receive this notice, that this proceeding to take your
25 property be transferred by the court to the Federal judicial district in which you reside.  You
26 must make your request in writing, and either mail it or deliver it in person to the Clerk of the
27 Court at the United States District Court for the Northern Mariana Islands, 2nd Floor, Horiguchi
28 Building, Garapan, P.O. Box 500687, Saipan, MP 96950. .  You must also send a copy of your

1 | request to the Government at U.S. Attorney's Office, Attn.: Financial Litigation Unit, Sirena
2 | Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam  96910, so the Government will
3 | know you want the proceeding to be transferred.
4 |     Be sure to keep a copy of this notice for your own records.  If you have any questions
5 | about your rights or about this procedure, you should contact a lawyer, an office of public legal
6 | assistance, or the clerk of the court.  The clerk is not permitted to give legal advice, but can refer
7 | you to other sources of information.

*[signature]*
GALO L. PEREZ
Clerk of Court
District Court for the Northern Mariana Islands

TAITANO_C.gar4

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00017 |
| Plaintiff, | ) | |
| vs. | ) | |
| CRISPIN ATALIG TAITANO, | ) | **REQUEST FOR HEARING** |
| Defendant, | ) | |
| BANK OF HAWAII, | ) | |
| Garnishee. | ) | |

<u>REQUEST FOR HEARING</u>

Pursuant to 28 U.S.C. § 3202, I Request that the Court hold a hearing in this matter and further state that:

_____   I do not owe the money to the Government as it says I do.

_____   The property that the Government is taking is exempt.

DATED: _____   _____
                       CRISPIN ATALIG TAITANO

                       Address:   _____

                                  _____

                       Telephone Number:   _____

CLAIM FOR EXEMPTION FORM
EXEMPTIONS UNDER FEDERAL LAW (18 U.S.C. § 3613)

NOTE: 18 U.S.C. § 3613(a), the federal statute governing liens arising from criminal fines and restitution obligations, generally incorporates the exemptions available to individual taxpayers under the Internal Revenue Service Code.

I claim that the exemption(s) from enforcement which are checked below apply in this case:

_____   1.   Wearing apparel and school books.--Such items of wearing apparel and such school books as are necessary for the debtor or for members of his family.

_____   2.   Fuel, provisions, furniture, and personal effects.--So much of the fuel, provisions, furniture, and personal effects in the Debtor's household, and of the arms for personal use, livestock, and poultry of the debtor, as does not exceed **$6,250** in value.

_____   3.   Books and tools of a trade, business, or profession.--So many of the books, and tools necessary for the trade, business, or profession of the debtor as do not exceed in the aggregate **$3,125** in value.

_____   4.   Unemployment benefits.--Any amount payable to an individual with respect to his unemployment (including any portion thereof payable with respect to dependents) under an unemployment compensation law of the United States, of any State, or of the District of Columbia or of the Commonwealth of Puerto Rico.

_____   5.   Undelivered mail.--Mail, addressed to any person, which has not been delivered to the addressee.

_____   6.   Certain annuity and pension payments.--Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll (38 U.S.C. 1562), and annuities based on retired or retainer pay under Chapter 73 of Title 10 of United States Code.

_____   7.   Workmen's Compensation.--Any amount payable with respect to compensation (including any portion thereof payable with respect to dependents) under a workmen's compensation law of the United States, any State, the District of Columbia, or the Commonwealth of Puerto Rico.

_____   8.   Judgments for support of minor children.--If the debtor is required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of his minor children, so much of his salary, wages, or other income as is necessary to comply with such judgment.

_____   9.   Certain service-connected disability payments.-- Any amount payable to an individual as a service-connected (within the meaning of section 101(16) of Title 38, United States Code) disability benefit under--(A) subchapter II, III,IV, V, or VI of Chapter 11 of such Title 38 or (B) Chapter 13, 21, 23, 31, 32, 34, 35,37, or 39 of such Title 38.

1

     10.    Assistance under Job Training Partnership Act.
--Any amount payable to a participant under the Job Training Partnership Act (29 U.S.C. 1501 et seq.) from funds appropriated pursuant to such Act.

     11.    Minimum exemptions for wages, salary and other income. The exemptions under 26 U.S.C. § 6334(a)(9) do not apply in criminal cases. The exceptions under the Consumer Credit Protection Act, 15 U.S.C. § 1673, for disposable earnings, automatically apply and do not need to be claimed. The aggregate disposable earnings of an individual for any workweek which is subjected to garnishment may not exceed (1) 25 % of his disposable earnings for that week, or (2) the amount by which his disposable earnings for that week exceed thirty times the Federal minimum hourly wage in effect at the time the earnings are payable, whichever is less.

The statements made in this claim of exemptions and request for hearing as to exemption entitlement and fair market value of the property designated are made and declared under penalty of perjury that they are true and correct.

    I hereby request a court hearing to decide the validity of my claims. Notice of the hearing should be given to me by mail at:

(_____) or telephonically at (_____)
          Address                                                    Phone No.

_____
Debtor's printed or typed name

_____
Signature of debtor        Date

2