**TAITANO_C.svc**

1   LEONARDO M. RAPADAS
United States Attorney
2   MARIVIC P. DAVID
Assistant U.S. Attorney
3   Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
4   Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
5   FAX: (671) 472-7215

6   Attorney's for United States of America

7           IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN MARIANA ISLANDS

9   UNITED STATES OF AMERICA,      )     CRIMINAL CASE NO. 04-00017
                               )
10           Plaintiff,          )
                               )
11           vs.            )     **CERTIFICATE OF SERVICE**
                               )
12   CRISPIN ATALIG TAITANO,       )
                               )
13           Defendant,        )
_____)
14                                )
BANK OF HAWAII,             )
15                                )
          Garnishee.        )
16 _____)

17      I hereby certify that on **March 16, 2007**, I electronically filed **Application for Writ of**

18 **Garnishment** and on **March 29, 2007**, I electronically filed **Notice to Defendant-Judgment**

19 **Debtor on How to Claim Exemptions** with the Clerk of Court using the CM/ECF system and

20 filed copies of the following: **Application for Writ of Garnishment, Order Granting Court**

21 **Approval to Issue a Writ of Garnishment, Writ of Garnishment; Instructions to the**

22 **Garnishee**, **Notice of Post-Judgment Clerk's Garnishment; Instructions to Defendant-**

23 **Judgment Debtor** and **Notice to Defendant-Judgment Debtor on How to Claim Exemptions**

24 were sent to defendant's attorney, defendant and garnishee by mail on **March 30, 2007**.

25

26                                  LEONARDO M. RAPADAS
                                 United States Attorney
27                                  Districts of Guam and the NMI

28   DATED: \_\_\_\_\_4/2/07\_\_\_\_\_      By:     /s/ Marivic P. David_____
                                  MARIVIC P. DAVID
                                  Assistant U.S. Attorney
                                  marivic.david@usdoj.gov