1  TAITANO_C.gar5

```
                                    F I L E D
                                       Clerk
                                   District Court

                                   APR 1 7 2007

                              For The Northern Mariana Islands
                              By_____
                                      (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CRISPIN ATALIG TAITANO,<br><br>　　　　Defendant,<br>_____<br>BANK OF HAWAII,<br><br>　　　　Garnishee. | CRIMINAL CASE NO. 04-00017<br><br><br>**ANSWER OF THE GARNISHEE** |

ANSWER OF THE GARNISHEE

___HYO LEE_____, BEING DULY SWORN DEPOSES AND SAYS:
　　　(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

　　That he/she is Garnishee herein doing business in the name of _____

_____.

　　(State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

　　That he/she is a member _____ of a partnership composed of which Garnishee is a partner.

//

1　IF GARNISHEE IS A CORPORATION:

2　　　That he/she is the (State Official Title) <u>HYO LEE</u>
　　　ASSISTANT VICE PRESIDENT/ DEPARTMENT OPS. MANAGER

3　of Garnishee, ___BANK OF HAWAII___ a corporation, organized under the laws of the

4　_____STATE OF HAWAII / 12/17/1897_____.

5　IF GARNISHEE IS A GOVERNMENT ENTITY:

6　　　State name and address of agency, and name and official title of authorized

7　representative: _____

8　　　　　　　　　_____

9　　　　　　　　　_____

10　　　　　　　　_____

11　　　1.　On _____, 2007, Garnishee was served with the

12　Writ of Garnishment. For the pay period in effect on the date of service (shown above)

13　Yes　No

14　___　✓　Defendant was in my/our employ.

15　　　　　Pay period is weekly ___ , bi-weekly ___ , semi-monthly ___ , monthly ___ .

16　　　　　The Defendant's present pay period began on _____.

17　　　　　(Present means the pay period in which this order and notice of

18　　　　　garnishment were served)

19　　　　　The Defendant's present pay period ends on _____

20　　　　　Enter amount of net wages. Calculate below:

21　　　　　　　(a) Gross Pay　　　　　　　　$_____

22　　　　　　　(b) Federal income tax　　　　 _____

23　　　　　　　(c) F.I.C.A. income tax　　　　 _____

24　　　　　　　(d) State/Local income tax　　　_____

25　　　　　　　Total of tax withholdings　　　$_____

26　　　　　　　Net Wages　　　　　　　　　$_____ (a less total of b,c,d)

27　//

28　//

```
Yes    No
```

1 
2  __  ✓   2.  Are you aware of any other garnishments,
3           suggestions or levies currently in effect. If the
4           answers is yes, , please attach to this Answer a copy
5      ✓    of each garnishment, suggestion or levy.
6  __  __  3.  Do you or will you in the foreseeable future, owe the defendant money? If
7           your answer is yes, please provide the amount of money you will owe, the
8           date or dates on which each payment is due, and the reason why you owe
9           or will owe the money to the Defendant:

| Type of Payment | Amount | Date of Payment is Due |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

4.  If you currently have in your custody, control or possession property (other than earnings) in the form of savings accounts, pensions, thrift plans, etc., in which the Defendant maintains an interest, for each item of property provide the following information:

| Description of Property | Approximate Value | Description of Debtor's Interest |
|---|---|---|
| 1. 6038-217619 SAV. | 21,484.66 | |
| 2. 6045-018753 SAV. | 13,984.24 | |
| 3. 8000032224 TCD | 63,160.00/ | 38,603.16 COLLATERAL |
| 4. | | |

//
//
//
//

- 3 -

5. For each item of property (other than earnings) which you expect to obtain custody or possession of in the forseeable future, provide the following information:

| Description of Property | Approximate Value | Description of Debtor's Interest | Date you will obtain property |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

Yes   No

____  ____   6.  Do you make any claim of exemption on the part of Defendant? If yes, please explain the nature and basis of your claim:

_____
_____
_____

Yes   No

____  ____   7.  Do you have any objections to the garnishment of the Defendant? If yes, please explain the nature and basis of your objection:

_____
_____
_____

//
//
//

- 4 -

1  8. Check the line below if you deny that you hold property subject to this order of
2  garnishment:

3  ___ [The Garnishee was then in no manner and upon no account indebted or
4  under liability to the Defendant, CRISPIN ATALIG TAITANO, and that
5  the Garnishee did not have in his/her possession or control any property
6  belonging to the Defendant, or in which the Garnishee has an interest; and
7  is in no manner liable as Garnishee in this action.]

8  9. The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor,
9  CRISPIN ATALIG TAITANO at c/o G. Anthony Long, Attorney at Law, P.O. Box XXXXXX,
10 Saipan, MP  96950 and #00462-005, FCI, P.O. Box XXXX, Safford, AZ 85548 and (2) the
11 attorney for the United States, Marivic P. David, Assistant United States Attorney, U.S.
12 Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam  96910.

BANK OF HAWAII
Garnishee

By: _____
HYO LEE
ASSISTANT VICE PRESIDENT
BANK OF HAWAII
(671)479-3872    134 W.Soledad Ave. Hagatna, Guam
Name/address/Phone Number of person
preparing Answer

The foregoing instrument was acknowledged before me this 9th day of April 2007.

_____
Notary Public

JOSEPHINE G. QUICHOCHO
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: April 14, 2010
P. O. Box BH, Hagatna, Guam 96932

- 5 -