1  TAITANO_C.gar5

F I L E D
Clerk
District Court

APR 30 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>         )<br>         Plaintiff,  )<br>         )<br>    vs.  )<br>         )<br>CRISPIN ATALIG TAITANO,  )<br>         )<br>         Defendant,  )<br>_____ )<br>         )<br>BANK OF HAWAII,  )<br>         )<br>         Garnishee.  )<br>_____ ) | CRIMINAL CASE NO. 04-00017<br><br>A M E N D E D<br><br>**ANSWER OF THE GARNISHEE** |

ANSWER OF THE GARNISHEE

__HYO LEE_____, BEING DULY SWORN DEPOSES AND SAYS:
    (Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

   That he/she is Garnishee herein doing business in the name of __N/A_____

_____.

   (State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

   That he/she is a member __N/A_____ of a partnership composed of which Garnishee is a partner.

//

1  IF GARNISHEE IS A CORPORATION:
2  That he/she is the (State Official Title) <u>HYO LEE ASSISTANT VICE PRESIDENT/DEPT. OPS. MANAGER</u>
3  of Garnishee, <u>BANK OF HAWAII</u> a corporation, organized under the laws of the
4  <u>                    STATE OF HAWAII- 12/17/1987                    </u>.
5  IF GARNISHEE IS A GOVERNMENT ENTITY:
6  State name and address of agency, and name and official title of authorized
7  representative:    <u>    N/A                                    </u>
8  <u>                                                               </u>
9  <u>                                                               </u>
10 <u>                                                               </u>
11    1.    On <u>   N/A                        </u>, 2007, Garnishee was served with the
12 Writ of Garnishment. For the pay period in effect on the date of service (shown above)
13 Yes    No
14 ___    <u>XXX</u>    Defendant was in my/our employ.
15              Pay period is weekly ___ , bi-weekly ___, semi-monthly ___, monthly ___.
16              The Defendant's present pay period began on _____.
17              (Present means the pay period in which this order and notice of
18              garnishment were served)
19              The Defendant's present pay period ends on _____
20              Enter amount of net wages. Calculate below:
21                   (a) Gross Pay                    $_____
22                   (b) Federal income tax           _____
23                   (c) F.I.C.A. income tax          _____
24                   (d) State/Local income tax       _____
25              Total of tax withholdings             $_____
26              Net Wages                             $_____ (a less total of b,c,d)
27 //
28 //

Yes    No

___    XXX    2.    Are you aware of any other garnishments, suggestions or levies currently in effect. If the answers is yes, , please attach to this Answer a copy of each garnishment, suggestion or levy.

___    xxx    3.    Do you or will you in the foreseeable future, owe the defendant money? If your answer is yes, please provide the amount of money you will owe, the date or dates on which each payment is due, and the reason why you owe or will owe the money to the Defendant:

| Type of Payment | Amount | Date of Payment is Due |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |

4.    If you currently have in your custody, control or possession property (other than earnings) in the form of savings accounts, pensions, thrift plans, etc., in which the Defendant maintains an interest, for each item of property provide the following information:

| Description of Property | Approximate Value | Description of Debtor's Interest |
|---|---|---|
| 1. 6038-217619 (SAVINGS) | 21,484.66 | 21,484.66 (100%) |
| 2. 6045-018753 (SAVINGS) | 13,984.24 | 13,984.24 (100%) |
| 3. 8000032224 (TCD) | 63,160.00 | 24,556.84 |
| 4. _____ | (38,603.16/ COLLATERAL) | _____ |

//
//
//
//

- 3 -

5.  For each item of property (other than earnings) which you expect to obtain custody or possession of in the forseeable future, provide the following information:

| Description of Property | Approximate Value | Description of Debtor's Interest | Date you will obtain property |
|---|---|---|---|
| 1. _____ | _____ | _____ | _____ |
| 2. _____ | _____ | _____ | _____ |
| 3. _____ | _____ | _____ | _____ |
| 4. _____ | _____ | _____ | _____ |

Yes   No

___   ___   6.  Do you make any claim of exemption on the part of Defendant? If yes, please explain the nature and basis of your claim:

_____

_____

_____

_____

Yes   No

___   ___   7.  Do you have any objections to the garnishment of the Defendant? If yes, please explain the nature and basis of your objection:

_____

_____

_____

_____

//

//

//

- 4 -

8. Check the line below if you deny that you hold property subject to this order of garnishment:

____ [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, CRISPIN ATALIG TAITANO, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

9. The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, CRISPIN ATALIG TAITANO at c/o G. Anthony Long, Attorney at Law, P.O. Box XXXXXX, Saipan, MP 96950 and #00462-005, FCI, P.O. Box XXXX, Safford, AZ 85548 and (2) the attorney for the United States, Marivic P. David, Assistant United States Attorney, U.S. Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910.

BANK OF HAWAII
Garnishee

By: _____
HYO LEE
ASSISTANT VICE PRESIDENT
BANK OF HAWAII
134 W. SOLEDAD AVE.
HAGATNA, GUAM 96910   (671-479-3872)
Name/address/Phone Number of person preparing Answer

The foregoing instrument was acknowledged before me this 23rd day of April, 2007.

_____
Notary Public

JOSEPHINE G. QUICHOCHO
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: April 14, 2010
P. O. Box BH, Hagatna, Guam 96932

- 5 -