**TAITANO_C.svc**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| CRISPIN ATALIG TAITANO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     I hereby certify that on **May 9, 2007**, I electronically filed **Motion for Entry of Order of Garnishment** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: **G. Anthony Long**, and I hereby certify that on **May 9, 2007**, I sent via facsimile, and on **May 10, 2007** via mail by the United States Postal Service, the document and a copy of the [Proposed] Order of Garnishment to the following non-registered participant: **Crispin Atalig Taiano.**

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

DATED:  5/10/07          By:    /s/ Marivic P. David_____
MARIVIC P. DAVID
Assistant U.S. Attorney
marivic.david@usdoj.gov