```
TAITANO_C.gar9
```

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

F I L E D
Clerk
District Court

MAY 1 0 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00017 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ~~[PROPOSED]~~ *a R y* |
| CRISPIN ATALIG TAITANO, | ) | ORDER OF GARNISHMENT |
| Defendant, | ) | |
| BANK OF HAWAII, | ) | |
| Garnishee. | ) | |

### ORDER OF GARNISHMENT

This matter is before the Court for consideration of the entry of an order of garnishment pursuant to Section 3205 of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205, against the non-exempt property of the judgment defendant, CRISPIN ATALIG TAITANO.

An Application of Writ of Garnishment directed to Garnishee has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer and an Amended Answer stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due defendant, i.e., funds deposited in two Bank of Hawaii savings accounts and one Bank of Hawaii TCD account. The Court finds

1 that Garnishee - Bank of Hawaii is in possession of non-exempt funds belonging to judgment
2 defendant consisting of (1) funds deposited in Savings Account No. XXXX-XX7619 of
3 approximately $21,484.66 plus any accrued interest and subsequent deposits; (2) funds deposited
4 in Savings Account No. XXXX-XX8753 of approximately $13,984.24 plus any accrued interest;
5 and (3) funds deposited in TCD Account No. XXXXXX2224 of approximately $24,556.84 plus
6 any accrued interest. Thus, the Garnishee is in possession of non-exempt funds belonging to
7 judgment defendant in the aggregate amount of $60,025.74 plus accrued interest, and any
8 subsequently deposited funds.
9      The defendant was served with a copy of the Writ of Garnishment and notified of his
10 right to a hearing as is provided by law. The defendant has not requested a hearing to determine
11 exempt property.
12      Whereupon the Court, having considered the Application for a Writ of Garnishment
13 against the accounts of the Defendant, the Answer and Amended Answer of the Garnishee, the
14 Motion for Entry of Order of Garnishment, and noting that the defendant, CRISPIN ATALIG
15 TAITANO, has not exercised his right to request a hearing now finds that the entry of an order
16 of garnishment is in all respects proper.
17      IT IS THEREFORE ORDERED that Plaintiff, United States of America, recover from
18 said Judgment-Defendant CRISPIN ATALIG TAITANO and Garnishee - Bank of Hawaii the
19 aggregate amount of $60,025.74 plus accrued interest, and any subsequently deposited funds in
20 Defendant's above-referenced two Bank of Hawaii savings accounts and one Bank of Hawaii
21 TCD account.
22 //
23 //
24 //
25 //
26 //
27 //
28 //

- 3 -

IT IS FURTHER ORDERED that Plaintiff, United States of America, recover Fifty percent (50%) of each subsequent deposit into Savings Account No. XXXX-XX7619 from the Northern Mariana Islands Retirement Fund or ACH (Automated Clearing House) until satisfaction of the debt. Payment(s) shall be made payable to the **"Clerk, U.S. District Court for the NMI"** and sent to the U.S. District Court for the Northern Mariana Islands, 2nd Floor, Horiguchi Building, Garapan, P.O. Box 500687, Saipan, MP 96950.

DATED this 10TH day of MAY, 2007.

ALEX R. MUNSON
Chief Judge
U.S. District Court for the Northern
   Mariana Islands