1  **TAITANO_C.garordsvc**

2  LEONARDO M. RAPADA
United States Attorney
3  MARIVIC P. DAVID
Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5  Hagåtña, Guam  96910-5059
TEL:  (671) 472-7332
6  FAX:  (671) 472-7215

7  Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00017 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| CRISPIN ATALIG TAITANO, | ) | |
| Defendant, | ) | |
| BANK OF HAWAII, | ) | |
| Garnishee. | ) | |

The United States of America, the judgment creditor herein, hereby certifies that a filed copy of the following: **Order of Garnishment** was sent to the defendant, defendant's attorney and garnishee by mail on May 11, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

DATED: 5-11-07                By:    /s/ Marivic P. David
                                     MARIVIC P. DAVID
                                     Assistant U.S. Attorney
                                     marivic.david@usdoj.gov