```
                                                        FILED
                                                         Clerk
         IN THE UNITED STATES DISTRICT COURT          District Court

         FOR THE NORTHERN MARIAN ISLANDS              MAY 21 2007
```

UNITED STATES OF AMERICA,         )         For The Northern Mariana Islands
                                              By_____
    Plaintiff,                 )  CASE NO: 04-00017        (Deputy Clerk)

    vs.                        )  MOTION TO FILE DOCUMENTS
                                     BEFORE THE DISTRICT COURT
CRISPIN ATALIG TAITANO            )

    Defendant.                 )

---

    **COMES NOW** the defendant Crispin Atalig Taitano before the court and asks this court for permission to file motions on his behalf.

    This defendant is waiting for the court to grant a motion for counsel and needs permission at this time to let this court no that this defendant would like to have competent counsel on his behalf.

    Since this court has frozen this defendants assets, this defendant is unable to afford counsel on this matter. Intill counsel is appointed this defendant needs permission from the District Court to file motions.

    **PRAYS NOW** that this court grant this motion so that this defendant can file motions in the future before this court while waiting for competent counsel.

                                   Respectfully submitted:

                                   _Crispin A. Taitano_

                                   F.C.I. SAFFORD
                                   P.O BOX 9000
                                   SAFFORD, AZ 85548

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I have served an accurate copy of the attached **MOTION FOR APPOINTED COUNSEL** **MOTION TO STOP GARNISHMENT** **MOTION TO FILE DOCUMENTS**

upon the following party (ies):

CLERK OF THE COURT
U.S District Court for the northern Marian Islands
2nd Floor, Horiguchi Building
Garapan
P.O Box 500687
Saipan, MP 96950

postage prepaid, by placing same in the Bureau of Prisons' mailing system, on the date set forth below.

DATED: MAY 14, 2007.
Safford, Arizona

[signature]