IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIAN ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CASE NO: 04-00017 |
| vs. | ) | |
| CRISPIN ATALIG TAITANO | ) | MOTION FOR APPOINTED COUNSEL |
| Defendant. | ) | |

FILED
Clerk
District Court

MAY 21 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

    **COMES NOW** the defendant Crispin Atalig Taitano before the court and humbly asks this court to appoint counsel while this court schedules a future date for an official hearing regarding the Garnishment proceedings. This defendant received written documentation concerning this matter but never opened the mail because this defendant is not an attorney and would not understand the information.

    This defendant would like to have a fair chance for justice to prevail on this matter before the court. Since this defendant is without finances at this time this defendant finds it necessary to request the government to provide counsel for this defendant so that this defendant can have competent counsel for future proceedings.

    **PRAYS NOW** that the honorable court grant this motion so that this defendant can have representation in the future on any and all matters before the District Court concerning the Garnishment of this defendants finances.

Respectfully submitted:

_____
F.C.I. SAFFORD
P.O BOX 9000
SAFFORD, AZ 85548