F I L E D
Clerk
District Court

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIAN ISLANDS

MAY 21 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CASE NO: 04-00017 |
| vs. | ) | |
| CRISPIN ATALIG TAITANO | ) | MOTION TO STOP GARNISHMENT |
| Defendant. | ) | |

BANK OF HAWAII   _____

COMES NOW the defendant Crispin Atalig Taitano before the court and asks this court to give this defendant a chance to challenge the proceedings that have taken place without this defendants knowledge. This defendant has only had knowledge of these proceedings for less that 72 hours.

This defendant finds it necessary to put this motion before this court so that this defendant will be able to use his finances to employ competent counsel. This defendant is without counsel at this time and would like legal counsel so that his rights can be protected before the District Court.

This defendant should be given a chance to challenge these proceedings and see justice prevail on this matter before the District Court.

PRAYS NOW that the honorable court grant this motion so that this defendant can have his right to challenge the proceedings before this court.

Respectfully submitted:

*Crispin A. Taitano*
_____
F.C.I.SAFFORD
P.O BOX 9000
SAFFORD, AZ 85548