IN THE UNITED STATES DISTRICT COURT

FOR THE MARIAN ISLANDS

FILED
Clerk
District Court

JUN - 4 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | CASE NO: 04-00017 |
| vs. | ) | |
| CRISPIN ATALIG TAITANO | ) | MOTION FOR AN EXTENTION |
| Defendant. | ) | |

COMES NOW the defendant Crispin Atalig Taitano before the court and asks this court to grant this said motion so this defendant can have adequate time to make a competent decision on this matter.

THEREFORE this defendant finds it necessary to ask this court for an extention of time. This defendant would like to have up until the 22nd day of July to submit his exempt paper work before this court.

WHERE AS this defendant is currently incarcerated at the federal Correctional Institution Safford, Arizona 85548.

PRAYS NOW that the honorable court grant this motion so this defendant will have the time necessary to research all of his rights on this matter. This defendant prays that this court will grant this motion.

Respectfully submitted;

Crispin A. Taitano
_____
F.C.I. SAFFORD
P.O BOX 9000
SAFFORD, AZ 85548

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I have served an accurate copy of the attached  MOTION FOR AN EXTENTION

upon the following party (ies):

CLERK OF THE COURT
U.S DISTRICT COURT FOR THE NORTHERN
MARIAN ISLANDS
2nd FLOOR, HORIGUCHI BUILDING
GARAPAN
P.O BOX 500687
SAIPAN, MP 96950

postage prepaid, by placing same in the Bureau of Prisons' mailing system, on the date set forth below.

DATED: MAY 29, , 2007 .
Safford, Arizona