FILED
Clerk
District Court

JUN - 5 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 04-00017 |
| | ) | |
| Plaintiff | ) | |
| | ) | ORDER PARTIALLY GRANTING |
| v. | ) | MOTION FOR EXTENSION OF |
| | ) | TIME TO SUBMIT EXEMPTION |
| CRISPIN ATALIG TAITANO, | ) | FORM |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

    The court yesterday received from defendant a request for a six-week extension of time in which to "have the time necessary to research all of his rights on this matter." In the interests of conserving the resources of the court and the parties, the court will rule on the motion without the necessity of a response from plaintiff.

    Because defendant is incarcerated and must rely on the mail service, the court grants him 28 days from the date of this order to complete and return the exemption form sent to him, first, by the Office of the United States Attorney, and, second, by

AO 72
(Rev. 08/82)

this court. The form is straightforward and should not require more than a few minutes to complete and return to the court, with a copy to the United States Attorney. If defendant has not returned the properly completed form to the court within the additional time given to him, the court will decide any remaining matters without taking into account any further information defendant could supply by completing the form.

IT IS SO ORDERED.

DATED this 5th day of June, 2007.

*/s/ Alex R. Munson*

ALEX R. MUNSON
Judge