04-00017 & CV 06-0039

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

JUL -6 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES OF AMERICA

Plaintiff,

vs.

CRISPIN ATALIG TAITANO

Defendant.

DEFENDANTS RESPONSE CONCERNING EXEMPTION FORM

CRISPIN ATALIG TAITANO, PRO PER
Registration Number 00462-005
FEDERAL CORRECTIONAL INSTITUTION
POST OFFICE BOX 9000
SAFFORD, ARIZONA 85548

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO: 04-00017 & CV 06-0039 |
| vs. | ) |
| CRISPIN ATALIG TAITANO | ) DEFENDANTS RESPONSE CONCERNING EXEMPTION FORM |
| Defendant. | ) |

On and around September, 2005 this defendant was sentenced to a charge of reciept of Child Pornography 18 U.S.C. § 2252A (a) (2) (A) and Count two 18 U.S.C. § 2252 (b) (1) Receipt of Child Pornography. Since that time this defendant has been punished and has been incarcerated for many months. During this defendants incarceration the Bureau of Prisons informed the defendant that there was a fine that needed to be paid and asked this defendant to sign a financial waiver to take monies off the defendants account.

This defendant signed the waiver that the Bureau of prisons asked the defendant to sign and at no time did this defendant do anything but pay the monthly amount that the waiver stated. After a short period of time the Bureau of Prisons increased the amount that this defendant would pay and again this defendant complied and signed the waiver. Since this defendant has been incarcerated this defendant has complied with all rules and regulations imposed on the defendant.

This defendant is being punished unconstitutionally since being convicted September, 2005. First and foremost how is it illegal for this defendant to transfer money to the defendants wife? At NO time was this defendant informed not to transfer money. Also it is highly unconstitutional for the court to punish this defendant beyond the scope of the law.

During the plea agreement stage of the proceedings it was verified by the defendants attorney that this defendant would receive a minimum sentence and the fine imposed on this defendants would not exceed $ 20,000 dollars. However during sentencing, an incarceration fee or supervised release was included but without specific assessment or amount. The amount that have been imposed on this defendant are unconstitutional because they were never addressed in a court of law.

The defendant is not aware of what formula was used to determine such an amount. This court is doing everything in its power to insure that this defendant will be penniless upon release of his sentence. The court is using the total power of the Government to collect, Garnish and punish this defendant unreasonably. This defendant has the right and obligation to support the livelihood of his wife and children, the defendant has the rights and obligation to support the continuing education to his children who are currently pursuing their college and professional careers. This defendant doesn't agree with the total fines imposed on this case. This defendant would like an itemized break down of how this amount was imposed.

Also this defendant would like to know and understand how this defendant who lives at an institution with over 800 hundred inmates is the only inmate at this institution who has to pay a restitution fee for room and board and general housing. This defendant is being discriminated against at the highest level. Also how is this inmate being charged supervised release while incarcerated?

### EXEMPT STATUES

This defendant would like to file Exempt Statues on the defendants Northern Mariana Islands Retirement Fund or ACH ( Automated Clearing House) This defendant has worked most of his life to assure for his retirement and must preserve retirement account for stability upon release.

-2-

## CONCLUSION

**PRAYS NOW** that the court will over turn its past ruling and allow this defendant to receive his finances back and give this defendant a chance to be responsible and pay all relevant fines before the court. This defendant was not aware that the Federal Government was in the process of Garnishing his account. If the court investigates this defendant actions the court will see that the defendant complied with all instructions given to the defendant. This defendant has been punished with a long sixty month sentence and shouldn't also be punished financally. There was a penalty charge of more than $ 2,000 dollars that occurred because the Government Garnished the defendants account. The Government should be responsible to pay all charges that happened because of the decision to Garnish this defendants finances. There is less than 1% of the Federal Institution paying a fine for room and board how does this defendant qualify and so many other defendants don't?

The Government has this defendant at a disadvantage because the Government has made it impossible for this defendant to afford counsel. This defendant will continue to seek justice on this matter.

Signed and dated June 25, 2007

Respectfully submitted:

_____

F.C.I. SAFFORD
P.O BOX 9000
SAFFORD, AZ 85548