1 **TAITANO_C.ter**

2 LEONARDO M. RAPADAS
United States Attorney
3 MARIVIC P. DAVID
Assistant U.S. Attorney
4 Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
6 FAX: (671) 472-7215

7 Attorneys for United States of America

8
IN THE UNITED STATES DISTRICT COURT
9
FOR THE NORTHERN MARIANA ISLANDS
10

11
| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00017 |
| Plaintiff, | ) | |
| vs. | ) | **MOTION TO TERMINATE** |
| | ) | **ORDER OF GARNISHMENT** |
| CRISPIN ATALIG TAITANO, | ) | |
| Defendant, | ) | |
| BANK OF HAWAII, | ) | |
| Garnishee. | ) | |

20

21    On or about May 10, 2007, an Order of Garnishment directed to Garnishee was duly

22 issued and served upon the Garnishee. On or about July 31, 2007, our office received

23 //

24 //

25 //

26 //

27 //

28 //

notification that defendant's account has been closed by the bank due to a 0.00 balance and there were no other transaction on accounts after funds were transferred to the Court. Plaintiff respectfully requests that the Court terminate the Order of Garnishment against Defendant CRISPIN ATALIG TAITANO.

DATED this 10th day of August, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/Marivic P. David
MARIVIC P. DAVID
Assistant U.S. Attorney
marivic.david@usdoj.gov