1  TAITANO_C.terord

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

7  Attorney's for United States of America

8
                IN THE UNITED STATES DISTRICT COURT
9
                FOR THE NORTHERN MARIANA ISLANDS
10

11  UNITED STATES OF AMERICA,        )   CRIMINAL CASE NO. 04-00017
                                     )
12             Plaintiff,            )
                                     )   O R D E R
13        v.                         )
                                     )   Re: United States Motion to Terminate
14  CRISPIN ATALIG TAITANO,          )       Order of Garnishment
                                     )
15             Defendant,            )
                                     )
16  _____   )
                                     )
    BANK OF HAWAII,                  )
17                                   )
               Garnishee.            )
18  _____   )

19

20     Based upon the Plaintiff's Motion to Terminate Order of Garnishment, the Court hereby

21  finds that for the reasons stated in the Plaintiff's motion, the Order of Garnishment is hereby

22  terminated.

23     **SO ORDERED**, this 10th day of August, 2007.

24

25

26                                       ALEX R. MUNSON
                                         Chief Judge
27                                       District Court for the Northern
                                            Mariana Islands
28

**FILED**
Clerk
District Court
AUG 10 2007
For The Northern Mariana Islands
By_____
   (Deputy Clerk)

**RECEIVED**
AUG 10 2007
Clerk
District Court
The Northern Mariana Islands