TAITANO_C.tersvc

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00017 |
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| CRISPIN ATALIG TAITANO, | ) | |
| Defendant, | ) | |
| BANK OF HAWAII, | ) | |
| Garnishee. | ) | |

I hereby certify that on **August 10, 2007**, I electronically filed the following: **Motion to Terminate Order of Garnishment** and **Final Accounting Upon Termination of Garnishment** with the Clerk of Court using the CM/ECF system. Electronically filed or filed copies of the following documents: **Motion to Terminate Order of Garnishment**, **Order Re: United States Motion to Terminate Order of Garnishment** and **Final Accounting Upon Termination of Garnishment** were sent to the defendant via certified and regular mail and garnishee via certified mail on **August 15, 2007**.

                                                           LEONARDO M. RAPADAS
                                                           United States Attorney
                                                           Districts of Guam and the NMI

DATED: 8/23/07                      By:    /s/ Marivic P. David
                                                            MARIVIC P. DAVID
                                                             Assistant U.S. Attorney
                                                             marivic.david@usdoj.gov