**TAITANO_C.garsvc7a**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| CRISPIN ATALIG TAITANO, | ) | |
| | ) | |
| Defendant, | ) | |
| ———————————————————— | ) | |
| | ) | |
| NORTHERN MARIANA ISLANDS | ) | |
|   RETIRMENT FUND (NMIRF), | ) | |
| | ) | |
| Garnishee. | ) | |
| ———————————————————— | ) | |

I hereby certify that on **August 10, 2007** I electronically filed **Application for Writ of Garnishment** and on **August 15, 2007**, I electronically filed **Notice to Defendant-Judgment Debtor on How to Claim Exemptions** with the Clerk of Court using the CM/ECF system and filed copies of the following:  **Application for Writ of Garnishment, Order Granting Court Approval to Issue a Writ of Garnishment, Writ of Garnishment; Instructions to the Garnishee**, **Notice of Post-Judgment Clerk's Garnishment; Instructions to Defendant-Judgment Debtor** and **Notice to Defendant-Judgment Debtor on How to Claim Exemptions** were sent to defendant and garnishee by mail on **August 24, 2007**.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

DATED:   8/28/07                    By:   /s/ Marivic P. David
                                                MARIVIC P. DAVID
                                                Assistant U.S. Attorney
                                                marivic.david@usdoj.gov