**TAITANO_C.req**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 04-00017 |
| Plaintiff, | |
| vs. | **DEFENDANT CRISPIN ATALIG TAITANO's REQUEST FOR HEARING** |
| CRISPIN ATALIG TAITANO, | |
| Defendant, | |
| NORTHERN MARIANA ISLANDS RETIREMENT FUND (NMIRF), | |
| Garnishee. | |

The Plaintiff, UNITED STATES OF AMERICA, having filed its garnishment action herein, and received a response from Defendant, CRISPIN ATALIG TAITANO, on September 4, 2007, hereby submits for filing the attached as Defendant's Request for Hearing.

DATED this 5th day September, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI


By:  /s/ Marivic P. David
MARIVIC P. DAVID
Assistant U.S. Attorney
marivic.david@usdoj.gov