CRISPIN ATALIG TAITANO # 00462-005
FEDERAL CORRECTIONAL INSTITUTION
POST OFFICE BOX 9000
SAFFORD, ARIZONA 85548

AUGUST 29, 2007

UNITED STATES ATTORNEY'S OFFICE
ATTN: FINANCIAL LITIGATION UNIT
SIRENA PLAZA, SUITE 500, 108 HERMAN CORTEZ AVENUE
HAGATNA, GUAM 96910

    I Crispin Atalig Taitano, received written correspondence from the court on the 28th day of August, 2007. I would like the court to know clearly that I request a hearing on this matter as expeditiously as possible. I am very saddened by the way the Government is trying to take everything I own, isn't it bad enough that I sit here in Prison for 5 years.

    I would like to have a fair chance at showing and explaining to the Judge that this defendant should not have to pay a restitution fee for merely being locked up in prison. There are many inmates around me and not one of them at this institution have to pay a restitution fee. I am being prejudiced against because of the nature of my crime.

    I am not sure how the transportation aspect of this hearing will commence but this inmate will need to have counsel appointed at the time of arrival for this hearing. I don't look foward to this hearing but there must be a way that justice can prevail on this matter.

    Thank you very much for your time and cooperation on this matter. If there is any further information that you feel I need please feel free to contact me at the address listed above. Also please have the counsel in which you are going to provide call or write me as expeditiously as possible. Since the Government has taken all my assets I am unable to afford counsel and will need counsel on this matter.

Respectfully submitted:

_Crispin A. Taitano_
F.C.I. SAFFORD
P.O BOX 9000
SAFFORD, AZ 85548

US Attorney's Office
Districts of Guam & NMI

SEP 04 2007
Time _____
Receiving name __JE__
Date keyed in Dbase _____
Entered into Dbase by: _____