F I L E D
Clerk
District Court

SEP -5 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 04-00017 |
| Plaintiff ) | |
| v. ) | ORDER DENYING MOTION FOR A HEARING and DENYING MOTION FOR COUNSEL |
| CRISPIN A. TAITANO, ) | |
| Defendant ) | |

THE COURT today received a letter from defendant, which was dated August 29, 2007.[1] Defendant's letter is in the nature of a motion for a hearing and appointment of counsel. In his letter, defendant asks for a "fair chance" to show and explain to the court why he should not have to pay restitution.

---

[1] The court also received today from the Office of the United States Attorney a copy of an identically-worded letter sent to that office by defendant.

In the interests of conserving the resources of the court and the parties, and to aid in the control of the court's docket, the court will decide the motions without the necessity of a response from plaintiff.

Defendant's motions are denied. Defendant was given opportunities to comply with the court's orders and chose not to avail himself of those opportunities. *See* "Order Partially Granting Motion for Extension of Time to Submit Exemption Form" (June 5, 2007); "Order Affirming Order of Garnishment" (July 10, 2007). Defendant has supplied no legal authority that he is entitled to a hearing or appointment of an attorney. He was sentenced in accordance with his plea agreement and has not provided the court with any information indicating that he is or should be legally exempt from garnishment, despite being given more than sufficient time to do so.

IT IS SO ORDERED.

DATED this 5th day of September, 2007.

_____
ALEX R. MUNSON
Judge