FILED
Clerk
District Court

SEP 10 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 04-00017 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER REQUIRING |
| | ) | DEFENDANT TO SUBMIT |
| CRISPIN A. TAITANO, | ) | AFFIDAVIT IN SUPPORT OF |
| | ) | CLAIMED EXEMPTIONS |
| Defendant | ) | |
| _____ | ) | |

Two days after the court entered its last order in this matter on September 5, 2007, the court received from defendant the completed "Claim for Exemption Form" form sent to him on June 5, 2007, with an order that it be completed and returned to the court within 28 days.

Despite defendant's repeated failures to obey the orders of the court, and in the interests of providing defendant the full opportunity to claim any exemption to which he is legally entitled,

AO 72
(Rev. 08/82)

IT IS ORDERED that defendant shall have until October 12, 2007, to place into the mail an affidavit under oath explaining his entitlement to the exemptions for "certain annuity and pension payments." To qualify for these specifically-delineated statutory exemptions, defendant must show that he has an annuity or pension payment under the Railroad Retirement Act, or a benefit under the Railroad Unemployment Insurance Act, or a special pension payment that he has been awarded as a result of being enrolled on the Medal of Honor Roll of the Army, Navy, Air Force, or Coast Guard, or an annuity based upon retired or retainer pay as a former member of the U.S. armed forces. These are the only categories of exemption for annuity or pension payments.

If the court receives from defendant an affidavit claiming one of the exemptions[1] set out above in the time period given, plaintiff will then be given ten

---

[1] The court assumes, without deciding, that plaintiff does not claim any lien or other interest in wearing apparel and school books such as are necessary for defendant and his family, or any mail not yet delivered to defendant at the time plaintiff's lien arose.

days to file a reply. Thereafter, the court will set a hearing on the matter if defendant has made out a prima facie case of entitlement to the exemption.

IT IS SO ORDERED.

DATED this 10th day of September, 2007.

_____
ALEX R. MUNSON
Judge