```
                                                                    F I L E D
                                                                       Clerk
                                                                   District Court
 1  TAITANO_C.gar5a
    James E. Hollman                                                SEP 1 0 2007
 2  Northern Mariana Islands Retirement Fund
    P.O. Box 501247
 3  Saipan, MP  96950-1247                                For The Northern Mariana Islands
    Tel. (670) 322-3863                                   By_____
 4  Fax (670) 664-8080                                           (Deputy Clerk)

 5  Counsel for Garnishee
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00017 |
| Plaintiff, ) | |
| vs. ) | ANSWER OF THE GARNISHEE |
| CRISPIN ATALIG TAITANO, ) | |
| Defendant, ) | |
| NORTHERN MARIANA ISLANDS ) RETIREMENT FUND (NMIRF), ) | |
| Garnishee. ) | |

ANSWER OF THE GARNISHEE

__Mark Anthony Aguon_____, BEING DULY SWORN DEPOSES AND SAYS:
       (Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

   That he/she is Garnishee herein doing business in the name of _____

_____.

   (State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

   That he/she is a member _____ of a partnership composed of which Garnishee is a partner.

//

IF GARNISHEE IS A CORPORATION:

That he/she is the (State Official Title) _____

of Garnishee, _____ a corporation, organized under the laws of the

_____  _____.

IF GARNISHEE IS A GOVERNMENT ENTITY:

State name and address of agency, and name and official title of authorized

representative:  __Northern Mariana Islands Retirement Fund__

__P. O. Box 501247__

__Saipan, MP  96950__

__Mark A. Aguon, Administrator__

1. On __August 31, 2007__, 2007; Garnishee was served with the Writ of Garnishment. For the pay period in effect on the date of service (shown above)

Yes   No

___  ___   Defendant was in my/our employ.

Pay period is weekly ___, bi-weekly ___, semi-monthly _X_, monthly ___.

The Defendant's present pay period began on __08/31/07__.

(Present means the pay period in which this order and notice of garnishment were served)

The Defendant's present pay period ends on __08/31/07__

Enter amount of net wages. Calculate below:

|   |   |   |
|---|---|---|
| (a) Gross Pay | $ 1,697.00 | |
| (b) Federal income tax | - 0 - | |
| (c) F.I.C.A. income tax | - 0 - | |
| (d) State/Local income tax | - 0 - | |
| Total of tax withholdings | $ - 0 - | |
| Net Wages | $ 1,697.00 | (a less total of b,c,d) |

//
//

- 2 -

|     | Yes | No  |     |                                                                                         |
|-----|-----|-----|-----|-----------------------------------------------------------------------------------------|
|     |     | _X_ | 2.  | Are you aware of any other garnishments, suggestions or levies currently in effect. If the answers is yes, , please attach to this Answer a copy of each garnishment, suggestion or levy. |
|     | _X_ |     | 3.  | Do you or will you in the foreseeable future, owe the defendant money? If your answer is yes, please provide the amount of money you will owe, the date or dates on which each payment is due, and the reason why you owe or will owe the money to the Defendant: |

| Type of Payment | Amount | Date of Payment is Due |
|---|---|---|
| 1. A lifetime retirement pension | $1,697.00 | Semi-monthly |
| 2. | | |
| 3. | | |

4. If you currently have in your custody, control or possession property (other than earnings) in the form of savings accounts, pensions, thrift plans, etc., in which the Defendant maintains an interest, for each item of property provide the following information:

| Description of Property | Approximate Value | Description of Debtor's Interest |
|---|---|---|
| 1. Life Insurance coverage | $86,000.00 | |
| 2. | | |
| 3. | | |
| 4. | | |

//
//
//
//

- 3 -

5. For each item of property (other than earnings) which you expect to obtain custody or possession of in the forseeable future, provide the following information:

| Description of Property | Approximate Value | Description of Debtor's Interest | Date you will obtain property |
|---|---|---|---|
| 1. None | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

Yes  No

_X_  ___  6. Do you make any claim of exemption on the part of Defendant? If yes, please explain the nature and basis of your claim:

By virtue of 1 CMC Section 8383(a) of the Northern Mariana Islands Retirement Fund Act of 1988, which state and as follows, see below.

Yes  No

_X_  ___  7. Do you have any objections to the garnishment of the Defendant? If yes, please explain the nature and basis of your objection:

The right to a retirement annuity, disability annuity, survivor's annuity or benefit, death benefit, or any other benefit under the provisions of this part, by whatever named called, or the right to refund, is personal with the recipient thereof, and the assignment or transfer of a benefit or any part thereof, shall be voided, except as herein provided; any such annuity, benefit or refund shall not answer for debts contracted by the person receiving the same, except as herein provided. It is the intention of this part that they shall not be attached or affected by any judicial proceedings, except as herein provided.

- 4 -

8. Check the line below if you deny that you hold property subject to this order of garnishment:

___ [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, CRISPIN ATALIG TAITANO, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

9. The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, CRISPIN ATALIG TAITANO at #00462-005, FCI, P.O. Box XXXX, Safford, AZ 85548 and (2) the attorney for the United States, Marivic P. David, Assistant United States Attorney, U.S. Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910.

NORTHERN MARIANA ISLANDS
RETIREMENT FUND (NMIRF)
Garnishee

By: Mark A. Aguon, Administrator

Northern Mariana Islands Retirement Fund
P. O. Box 501247
Saipan, MP 96950
Name/address/Phone Number of person preparing Answer
Mariano Taitano, Director
Member Services Branch
NMI Retirement Fund
(670) 322-3863/4/5/6/7

The foregoing instrument was acknowledged before me this 10th day of September, 2007.

_____
Notary Public

**REDIE PAULA ALDAN**
Notary Public
Commonwealth of the Northern Mariana Islands
My Commission expires:
P.O. Box 5784 CHRB Saipan, MP 96950

- 5 -