**TAITANO_C.reqsvc**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam  96910
Telephone:  (671) 472-7332
Telecopier:  (671) 472-7215

Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR NORTHERN MARIANA ISLANDS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| CRISPIN ATALIG TAITANO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

I hereby certify that on **September 5, 2007**, I electronically filed **Defendant Crispin Atalig Taitano's Request for Hearing** with the Clerk of Court using the CM/ECF system and filed or electronically filed copies of the following:  **Defendant Crispin Atalig Taitano's Request for Hearing**, **Motion for Hearing (Letter)** and **Order Denying Motion for a Hearing and Denying Motion for Counsel** were sent to defendant by certified mail on **September 7, 2007**.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

DATED:  9/17/07                    By:    /s/ Marivic P. David
                                                MARIVIC P. DAVID
                                                Assistant U.S. Attorney
                                                marivic.david@usdoj.gov