FILED
Clerk
District Court

SEP 18 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>Plaintiff   )<br>  )<br>v.   )<br>  )<br>CRISPIN A. TAITANO,   )<br>  )<br>Defendant   )<br>_____ ) | Criminal No. 04-00017<br><br>ORDER THAT PLAINTIFF<br>RESPOND TO ANSWER OF<br>GARNISHEE NORTHERN<br>MARIANA ISLANDS<br>RETIREMENT FUND |

IT IS ORDERED that plaintiff shall file a response to the September 10, 2007, answer of garnishee Northern Mariana Islands Retirement Fund by 3:30 p.m., Friday, September 28, 2007.

DATED this 18th day of September, 2007.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)