**TAITANO_C.repsvc**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam  96910
Telephone:  (671) 472-7332
Telecopier:  (671) 472-7215

Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00017 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| CRISPIN ATALIG TAITANO, ) | |
| Defendant. ) | |
| NORTHERN MARIANA ISLANDS ) RETIREMENT FUND (NMIRF), ) | |
| Garnishee. ) | |

I hereby certify that on **September 21, 2007**, I electronically filed **United States of America's Memorandum of Points & Authorities in Opposition to Garnishee's Objection to Writ of Continuing Garnishment** with the Clerk of Court using the CM/ECF system and an electronically filed copy was sent to garnishee, garnishee's attorney and defendant by certified mail on **September 21, 2007**.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

DATED:  9/24/07          By:    /s/ Marivic P. David
                                MARIVIC P. DAVID
                                Assistant U.S. Attorney
                                marivic.david@usdoj.gov