TaitanoC.err

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CRISPIN ATALIG TAITANO,<br><br>　　　　Defendant,<br><br>NORTHERN MARIANA ISLANDS<br>　RETIREMENT FUND (NMIRF)<br><br>　　　　Garnishee. | CRIMINAL CASE NO. 04-00017<br><br>**ERRATUM**<br><br>**UNITED STATES OF AMERICA'S MEMORANDUM OF POINTS & AUTHORITIES IN OPPOSITION TO GARNISHEE'S OBJECTION TO WRIT OF CONTINUING GARNISHMENT** |

　　　COMES NOW the United States and hereby files with the Court an Erratum to correct the sentence on page 4, lines 11 - 12 to now reflect "Congress specifically excluded from exemption general retirement pensions from the list of available exemptions under 18 U.S.C. § 3613(a)(1)" instead of "Congress specifically excluded from exemption general retirement pensions from the list of available exemptions under 18 U.S.C. § 3161(a)."

　　　Respectfully submitted this 25th day of September, 2007.

　　　　　　　　　　　　　　　　　　　LEONARDO M. RAPADAS
　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　Districts of Guam and NMI

　　　　　　　　　　　　　　　By:　　/s/ Marivic P. David
　　　　　　　　　　　　　　　　　　　MARIVIC P. DAVID
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　marivic.david@usdoj.gov