F I L E D
Clerk
District Court

OCT 16 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CRISPIN A. TAITANO, )<br>)<br>Defendant )<br>_____ ) | Criminal No. 04-00017<br><br>ORDER SETTING<br>TELEPHONIC HEARING<br>ON DEFENDANT'S<br>OBJECTION TO<br>GARNISHMENT |

IT IS ORDERED that a telephonic hearing is set for Wednesday, October 31, 2007, at 3:00 p.m. (Arizona date and time.) The phone call will be initiated from FCI Safford to the courtroom at number (670) 236-2975. Plaintiff may appear by telephone, and the court will initiate that connection after it has been called by FCI Safford. All previous orders of the court remain in full force and effect until the court issues its order after this hearing. The staff at FCI Safford has agreed to personally serve a fax copy of this order on defendant.

DATED this 16th day of October, 2007.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)