IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE MARIANA ISLANDS

FILED
Clerk
District Court

OCT 18 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| PLAINTIFF, ) | |
| VS. ) | CASE NO: 04-00017 |
| CRISPIN ATALIG TAITANO ) | MOTION TO RECEIVE SENTENCING TRANSCRIPTS AND PLEA AGREEMENT |
| DEFENDANT. ) | IN FORMA PAUPERIS |

COMES NOW the defendant Crispin Atalig Taitano, before the honorable court and asks this court to grant the defendant's motion so that the defendant can examine and review the documents that the defendant has requested. The defendant is in need of documents but is unable to afford payment for copy fee(s) at this time. The court has had all of his finances garnished,

WHEREAS the defendant is incarcerated by the Bureau of Prisons and the Attorney General of the United States at Federal Correctional Institution, Safford, Arizona 85548.

THEREFORE the defendant finds it necessary to receive these documents so the defendant can have an accurate account of the Plea agreement and also a copy of what transpired in the sentencing proceedings.

PRAYS NOW that the court grant this motion so the defendant may have a copy of his sentencing transcripts and also a copy of his plea agreement. The defendant humbly asks the court to grant this motion in the interest of justice.

Respectfully submitted
Crispin Atalig Taitano
F.C.I. Safford, Arizona 85548