FILED
Clerk
District Court

OCT 1 9 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 04-00017 |
| | ) | |
| Plaintiff | ) | |
| | ) | ORDER GRANTING EX |
| v. | ) | PARTE MOTION FOR |
| | ) | COPIES OF CERTAIN |
| CRISPIN A. TAITANO, | ) | DOCUMENTS |
| | ) | |
| Defendant | ) | |

Yesterday the court received by mail an ex parte motion from defendant for copies of the transcript of his sentencing and also his plea agreement, presumably in preparation for the hearing set for October 31, 2007 (Arizona date and time), regarding the garnishment of his account at the Northern Mariana Islands Retirement Fund. Because those documents are readily available, and because there is still time for them to reach defendant prior to the hearing date,

AO 72
(Rev. 08/82)

IT IS ORDERED that a copy of the sentencing transcript, plea agreement, and judgment in a criminal case shall be mailed to defendant by U.S. Priority Mail to his place of incarceration.

DATED this 19th day of October, 2007.

                                                            ALEX R. MUNSON
                                                                  Judge