# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CR- 04-00017                                    November 1, 2007
                                               9:10 a.m.

### UNITED STATES OF AMERICA -v- CRISPIN ATALIG TAITANO

PRESENT:     HON. ALEX R. MUNSON, Chief Judge Presiding
             ABIGAIL ROBINSON, Law Clerk
             RANDY SCHMIDT, Law Clerk
             FAYE CROZAT,  Court Reporter
             K. LYNN LEMIEUX, Courtroom Deputy
             MARAVIC DAVID, Assistant U. S. Attorney
             CRISPIN ATALIG TAITANO, Defendant  - via telephone

PROCEEDING:        OBJECTION TO GARNISHMENT

        Defendant was present via telephone.  Government by Maravic David, AUSA.

        Crispin Taitano, defendant, appeared via telephone from the prison facility, and argued the motion.

        Government had nothing further to the pleadings already submitted.

        Court, after hearing all argument, took the matter under advisement and stated that a written order would be forthcoming.

                              Adjourned at 8:25 a.m.


                              /s/ K. Lynn Lemieux
                              Courtroom Deputy