**TAITANO_C.amfacg**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00017 |
| Plaintiff, ) | |
| vs. ) | **AMENDED FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT** |
| CRISPIN ATALIG TAITANO, ) | |
| Defendant, ) | |

<u>AMENDED FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT</u>

To:   Bank of Hawaii
      P.O. Box BH
      Hagåtña, Guam 96932

Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the following cumulative accounting of all monies and property received under the Order of Garnishment filed in the above entitled action.

Pursuant to the Order of Garnishment issued on or about May 10, 2007, $61,578.61 has been withheld from the Judgment Debtor and applied to the judgment debt.

//

//

//

You are notified that you have ten (10) days from the receipt of this final accounting to file a written objection to the accounting and request a hearing in accordance with Title 28, U.S.C. § 3205(c)(9)(B). If you do object, you must state your grounds for objection and send the written objection to the United States District Court for the Norther Mariana Islands , 2nd Floor, Horiguchi Building, Garapan, P.O. Box 500687, Saipan, MP 96950 and the United States Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam  96910.

RESPECTFULLY SUBMITTED this 2nd day of November, 2007.

                                      LEONARDO M. RAPADAS
                                      United States Attorney
                                        Districts of Guam and NMI

By:   /s/ Marivic P. David
         MARIVIC P. DAVID
         Assistant U.S. Attorney
         marivic.david@usdoj.gov

PAYMENT HISTORY
FOR: 2005Z00131

DEBTOR:  Taitano, Crispin Atalig
COLLECTION TYPE: 3
BALANCE AS OF MAY 18, 2007:  $73,324.09

| DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|
| 18-MAY-2007 | GC/H | 08663-BOH | 3808872 | $ 8,516.42 |
| 18-MAY-2007 | GC/H | 08663 | 3808872 | 53,062.19 |
| | | TOTAL DOLLAR AMOUNT OF PAYMENTS: | | **$ 61,578.61** |