1  **TAITANO_C.gar9a**

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam  96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

7  Attorney's for United States of America

8                    IN THE UNITED STATES DISTRICT COURT
9
                     FOR THE NORTHERN MARIANA ISLANDS
10

11  UNITED STATES OF AMERICA,            )   CRIMINAL CASE NO. 04-00017
                                         )
12              Plaintiff,               )
                                         )
13       vs.                             )
                                         )
14  CRISPIN ATALIG TAITANO,              )   **FINAL ORDER IN**
                                         )   **CONTINUING GARNISHMENT**
15              Defendant,               )
                                         )
16  ─────────────────────────────       )
    NORTHERN MARIANA ISLANDS             )
17    RETIREMENT FUND (NMIRF),           )
                                         )
18              Garnishee.               )
                                         )
19  ─────────────────────────────       )

20              <u>FINAL ORDER IN CONTINUING GARNISHMENT</u>

21       This matter is before the Court for consideration of the entry of a final order of

22  continuing garnishment pursuant to Section 3205 of the Federal Debt Collection Procedures

23  Act of 1990, 28 U.S.C. § 3205, against the non-exempt property of the judgment defendant,

24  CRISPIN ATALIG TAITANO.

25       An Application of Writ of Continuing Garnishment directed to Garnishee has been duly

26  issued and served upon the Garnishee.  Pursuant to the Writ of Continuing Garnishment, the

27  Garnishee filed an Answer stating that at the time of the service of the Writ it had in its custody,

28  control or possession a lifetime retirement pension belonging to the Defendant which is paid

F I L E D
Clerk
District Court

NOV − 5 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  semi-monthly in the amount of $1,697.00. In its Answer, however, the Garnishee objected to the

2  garnishment and claimed an exemption on the part of Defendant.

3      Plaintiff filed it's Opposition rejecting that Defendant's retirement funds are protected

4  from garnishment as a matter of law.

5      The defendant was served with a copy of the Writ of Continuing Garnishment and

6  notified of his right to a hearing. The defendant requested a hearing to determine exempt

7  property which was held on October 31, 2007.

8      Whereupon the Court, having considered the Application for a Writ of Continuing

9  Garnishment against the earnings of the Defendant, the Answer of the Garnishee, United States

10  of America's Memorandum of Points & Authorities in Opposition to Garnishee's Objection to

11  Writ of Continuing Garnishment, and noting that the defendant, CRISPIN ATALIG TAITANO,

12  has exercised his right to request a hearing now finds that the entry of a final order of continuing

13  garnishment is in all respects proper.

14      IT IS THEREFORE ORDERED Garnishee shall pay to plaintiff Twenty-five percent

15  (25%) of his lifetime retirement pension paid semi-monthly. These payments shall be made at

16  the same time the employee is paid and shall continue until the debt to the plaintiff is paid in full

17  or the Garnishee no longer has custody, possession or control of any property belonging to the

18  debtor or until further Order of this Court. Payments shall be made payable to the **"Clerk, U.S.**

19  **District Court for the NMI"** and sent to the U.S. District Court for the Northern Mariana

20  Islands, 2nd Floor, Horiguchi Building, Garapan, P.O. Box 500687, Saipan, MP 96950.

21      IT IS FURTHER ORDERED that any amounts which the Garnishee may be holding

22  pursuant to the Writ of Continuing Garnishment shall immediately be turned over to the Clerk's

23  Office at the above address.

24      DATED this _5th_ day of _NOVEMBER_ , 2007.

25

26

27

      ALEX R. MUNSON
28    Chief Judge
      U.S. District Court for the Northern
      Mariana Islands