**TAITANO_C.tersvc**2

1  LEONARDO M. RAPADAS
   United States Attorney
2  MARIVIC P. DAVID
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagåtña, Guam 96910-5059
   TEL:  (671) 472-7332
5  FAX:  (671) 472-7215

6  Attorney's for United States of America

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN MARIANA ISLANDS

9  UNITED STATES OF AMERICA,        )    CRIMINAL CASE NO. 04-00017
                                    )
10                  Plaintiff,      )
                                    )
11          vs.                     )    **CERTIFICATE OF SERVICE**
                                    )
12 CRISPIN ATALIG TAITANO,          )
                                    )
13                  Defendant,      )
   ─────────────────────────────────)
14                                  )
   BANK OF HAWAII,                  )
15                                  )
                    Garnishee.      )
16 ─────────────────────────────────)

17

18      I hereby certify that on **November 2, 2007**, I electronically filed:   **Amended Final**

19 **Accounting Upon Termination of Garnishment** with the Clerk of Court using the CM/ECF

20 system and an electronically filed was mailed to the defendant and garnishee by mail on

21 **November 2, 2007**.

22

23                                  LEONARDO M. RAPADAS
                                    United States Attorney
24                                  Districts of Guam and the NMI

25

26 DATED:  11/6/07            By:    /s/ Marivic P. David
                                    MARIVIC P. DAVID
27                                  Assistant U.S. Attorney
                                    marivic.david@usdoj.gov
28