**TAITANO_C.svc3**

1  LEONARDO M. RAPADAS
   United States Attorney
2  MARIVIC P. DAVID
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagåtña, Guam 96910-5059
   TEL:  (671) 472-7332
5  FAX:  (671) 472-7215

6  Attorney's for United States of America

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN MARIANA ISLANDS

9  UNITED STATES OF AMERICA,        )        CRIMINAL CASE NO. 04-00017
                                    )
10            Plaintiff,            )
                                    )
11      vs.                         )        **CERTIFICATE OF SERVICE**
                                    )
12  CRISPIN ATALIG TAITANO,         )
                                    )
13            Defendant.            )
   ─────────────────────────────────)
14                                  )
   NORTHERN MARIANA ISLANDS         )
15   RETIREMENT FUND (NMIRF),       )
                                    )
16            Garnishee.            )
   ─────────────────────────────────)
17

18       I hereby certify that on **November 2, 2007**, I electronically filed **Motion for Entry of**

19  **Final Order in Continuing Garnishment** with the Clerk of Court using the CM/ECF system

20  and an electronically filed and/or filed copies of:  **Motion for Entry of Final Order in**

21  **Continuing Garnishment** and **Final Order in Continuing Garnishment** were mailed to the

22  defendant and garnishee by mail on **November 7, 2007**.

23

24                              LEONARDO M. RAPADAS
                                United States Attorney
25                              Districts of Guam and the NMI

26

27  DATED:  _11-13-07_____        By:    _/s/ Marivic P. David_____
                                         MARIVIC P. DAVID
28                                       Assistant U.S. Attorney
                                         marivic.david@usdoj.gov