IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF MARIANA ISLANDS

FILED
Clerk
District Court

DEC - 3 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) CASE NO: 04-00017 |
| vs. | ) |
| CRISPIN ATALIG TAITANO | ) MOTION TO RECEIVE A COPY OF THE TELEPHONIC HEARING |
| Defendant. | ) |

COMES NOW the defendant Crispin Atalig Taitano before the honorable court and asks this court to receive a copy of the telephonic hearing that took place in and around the 31th day of October, 2007.

This defendant finds it necessary at this time to procure those documents so that the defendant will have a copy while presenting his case to a higher court. It is very important that the defendant is able to procure all documents concerning the garnishment and fines being imposed on the defendant.

The defendant prays that this honorable court will grant this motion in the interest of justice.

Respectfully submitted

_____

F.C.I. SAFFORD
P.O BOX 9000
SAFFORD, AZ 85548