FILED
Clerk
District Court

DEC -3 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 04-00017 |
| | ) | |
| Plaintiff | ) | |
| | ) | ORDER REGARDING |
| v. | ) | DEFENDANT'S MOTION |
| | ) | FOR A TRANSCRIPT OF THE |
| CRISPIN ATALIG TAITANO, | ) | HEARING REGARDING |
| | ) | HIS CLAIM OF EXEMPTION |
| Defendant | ) | |

    THIS MATTER is before the court on defendant's "Motion to Receive a Copy of the Telephonic Hearing," by which the court assumes defendant means a transcribed copy of the hearing held November 1, 2007. In the interests of conserving the resources of the court and the parties, the court will decide the motion without the necessity of a filing by plaintiff.

AO 72
(Rev. 08/82)

To the extent that it is to be deemed a motion for a free transcript of the exemption hearing, defendant's motion is denied. The court's six-page order fully covered the substantive aspects of the hearing. If defendant wishes to order and pay for a transcript of the hearing, he may do so by contacting the Court Reporter, in care of the Clerk of Court.

IT IS SO ORDERED.

DATED this 3rd day of December, 2007.

_____
ALEX R. MUNSON
Judge